```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      - against -

ALFRED GALINDO, JR.,

              Defendant.

07 Cr. 910 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **December 14, 2007 at 11:00 a.m.**

Because an adjournment is needed to allow for the parties to discuss a disposition, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 2, 2007,** until **Devember 14, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
          November 2, 2007

                                              _____
                                                 John G. Koeltl
                                            United States District Judge