USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

ALFRED GALINDO, JR.,

    Defendant.

07 Cr. 910 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **March 20, 2008** at **2:30 p.m.**

Because an adjournment is needed to allow for the parties to discuss a disposition, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **February 8, 2008**, until **March 20, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           February 8, 2008

                                        John G. Koeltl
                                      United States District Judge