```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

ALFRED GALINDO, JR.,

        Defendant.

07 Cr. 910 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **May 5, 2008** at **11:30 a.m.**

Because an adjournment is needed to allow for the parties to discuss a disposition, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 20, 2008,** until **May 5, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            March 20, 2008

                                              John G. Koeltl
                                        United States District Judge