```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

            -against-

ALFRED GALINDO,
                             Defendant.
------------------------------------------------------------X

07 cr 910 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, June 13, 2008 at 11:00am** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **June 13, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                                   JOHN G. KOELTL
                                                              UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           May 5, 2008